# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Criminal Case No. 13-cr-0295-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    **DIEN LE,**
2.    **PONLUE PIM,**
3.    **PIRUN PIM,**
4.    **RICKY PIM,**
5    **KENNETH BARNES,** and
6.    **PIM INC., LLC,**

      Defendants.

## ORDER RE: CASE SCHEDULING

This Order memorializes the schedule and remaining deadlines in this matter as discussed at the status conference held today, April 3, 2015, at which all parties and counsel were present. The Court hereby SETS the following dates that will govern the remainder of this case:

(1)    All motions related to the Government's *James* proffer and pursuant to Federal Rule of Evidence 801(d)(2)(E) shall be filed by April 24, 2015. The Government shall respond not later than May 29, 2015. No reply will be permitted without prior leave of Court;

(2)    All motions to sever shall be filed within one week after the Court rules on any pending Rule 801(d)(2)(E) motion(s). The Government shall respond no later than ten days after the date any such motion is filed. No reply will be permitted without prior

leave of Court;

(3)     After each motion is filed, the Court will consider whether an evidentiary hearing or oral argument is necessary. If a party believes that a hearing is appropriate, he or it should so indicate in the motion;

(4)     Proposed jury instructions in conformity with WJM Revised Practice Standards, Section VI, shall be filed with the Court no later than **July 9, 2015**;

(5)     A nine-day jury trial shall commence on Monday, August 10, 2015 at 8:30 a.m. in Courtroom A801 continuing through Thursday, August 13, 2015.[1] The Court will be in recess on Friday, August 14, 2015. The trial will resume on Monday, August 17, 2015 and will conclude on Friday, August 21, 2015. A Final Trial Preparation Conference will be held at 4:00 p.m. on Thursday, July 30, 2015 in Courtroom A801; and

(6)     Prior to the Final Trial Preparation Conference the Government shall inform the Court whether it will be proceeding to trial against Defendant No. 6, Pim Inc. LLC., or whether that Defendant will be dismissed from this case.

---

[1] The Court notes that this trial date presumes that motions will be filed in accordance with the above time frame and which would toll the Speedy Trial clock pursuant to 18 U.S.C. § 3161(h)(1)(D). If any deadline should pass without any motions filed, the Court will have to re-examine the Speedy Trial clock and may reset the trial *sua sponte* to ensure that no Defendant's right to a speedy trial is violated.

Dated this 3rd day of April, 2015.

BY THE COURT:

_____
William J. Martinez
United States District Judge